# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| SDSP, LLC AND WPHS VENTURE PARTNERS, LLC | : | No. 314 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| v. | : | from the Order of the Superior Court |
| | : | |
| | : | |
| MOSHE ATTIAS, MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC., AND IAN MACLEAN | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| ALAIN KODSI, RACHEL FOSTER AND ANDREW BANK | : | |
| | : | |
| | : | |
| | : | |
| PETITION OF: MOSHE ATTIAS, MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC. | : | |
| | : | |
| | : | |
| | : | |
| MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC., | : | No. 315 EAL 2023 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| Petitioners | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| SDSP, LLC, WPHS VENTURE PARTNERS, LLC, ALAIN KODSI RACHEL FOSTER AND ANDREW BANK, | : | |
| | : | |
| | : | |
| Respondents | : | |

| | |
|---|---|
| SDSP, LLC AND WPHS VENTURE PARTNERS, LLC | : No. 316 EAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| v. | : from the Order of the Superior Court |
| | : |
| | : |
| MOSHE ATTIAS, MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC., AND IAN MACLEAN | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| ALAIN KODSI, RACHEL FOSTER AND ANDREW BANK | : |
| | : |
| | : |
| | : |
| PETITION OF: MOSHE ATTIAS, MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC. | : |
| | : |
| | : |
| | : |
| MOSES CONSTRUCTION, INC., AAA DEMOLITION AND RECYCLING A/K/A HDS, INC., EDEN PLUMBING AND HVAC, INC., | : No. 317 EAL 2023 |
| | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| Petitioners | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| SDSP, LLC, WPHS VENTURE PARTNERS, LLC, ALAIN KODSI RACHEL FOSTER AND ANDREW BANK, | : |
| | : |
| | : |
| Respondents | : |

**<u>ORDER</u>**


**PER CURIAM**

      **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.